**JUDGMENT ENTERED RG-10-501557**

**EXHIBIT "A"**



ORIGINAL

FILED
ALAMEDA COUNTY

JUL 3 1 2012

CLERK OF THE SUPERIOR COURT
By _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| SPONDULIX COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS DEVELOPMENT, INC., A Nevada Corporation; <br> CHRISTOPHER D. COOK, an individual; <br> RICHARD CHIU, an individual; <br> JAMES LI, an individual; and <br> DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. RG10501557 <br><br> **JUDGMENT** <br><br> Complaint Filed: June 22, 2009 <br> Trial Date: May 14, 2012 <br> Time: 9:00 a.m. <br> Department: 18 <br> Judge: Hon. Marshall Whitley |

This action came on regularly for trial on May 14, 2012 and May 15, 2012 in Department 18 of the above entitled court, the Honorable Marshall Whitley, judge presiding without a jury. James M. Hester appeared as counsel for Plaintiff Spondulix Company, Inc., Bradley Kass appeared on behalf of Defendants Texas Development, Inc., Richard Chiu and James Li. Defendant Christopher D. Cook was previously dismissed and did not appear. Evidence, both oral and documentary, was submitted by the parties and the cause was argued by counsel for the parties. The Court issued its decision from the bench.

///
///
///
///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Spondulix Company, Inc. recover from Defendant Texas Development, Inc., Richard Chiu and James Li, jointly and severally, the sum of Six Hundred Fifty Thousand dollars ($650,000.00) plus interest from May 2, 2009 to the date of judgment at the rate of ten percent per annum, which is $197,315.06, plus reasonable attorneys' fees of $20,357.50 and actual costs as prevailing party of $4,632.39 per a memorandum of costs, for a total judgment of $872,304.95.

Dated: 7/3/12

*Marshall S. Whitley*
Honorable Marshall Whitley
Judge of the Superior Court

# NOTICE ACKNOWLEDGMENT OF ASSIGNMENT
## RG-10-501557

# EXHIBIT "B"

MIKE ROSEN, *in pro per*
851 Cherry Ave #27/132
San Bruno, CA 94066
Phone and Fax: (877) 428-9583

Assignee and Judgment Creditor



FILED
ALAMEDA COUNTY

APR - 5 2013

Exec. Off/Clerk
By _____

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

CIVIL UNLIMITED JURISDICTION

| | |
|---|---|
| SPONDULIX Company Inc., a corporation<br><br>Plaintiffs,<br><br>v.<br><br>TEXAS DEVELOPMENT, Inc., A Nevada corporation; CHRISTOPHER D. COOK, an individual; RICHARD CHIU, an individual; JAMES LI, an individual and.<br>DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. RG10501557<br><br>ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT<br>(Code Civ. Proc. § 673) |

COMES NOW SPONDULIX COMPANY INC., a corporation, Plaintiff in the within matter (hereinafter "Plaintiff"), and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the original Judgment was entered on or about July 31, 2012.

2) THAT Plaintiff was awarded the sum of $872,304.95 including reasonable attorney fees against Defendants TEXAS DEVELOPMENT INC., a corporation; and RICHARD CHIU and JAMES LI, individuals, all jointly and severally (hereinafter collectively known as "Defendants".)

3) THAT Plaintiff has received $ zero money in satisfaction of judgment from Defendant.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -1-

4) THAT SPONDULIX COMPANY INC., 1875 Saragossa St., Pomona, CA 91768 is the judgment creditor of record.

5) THAT the last addresses of record for each respective judgment debtors is:

TEXAS DEVELOPMENT, INC., a Nevada corporation 1255 Millbrae Ave. Millbrae, CA 94030.

RICHARD CHIU, an individual, 1 Winant Way, Alameda, CA 94502;

JAMES LI, an individual, 1279 Hillcrest Blvd., Millbrae, CA 94030; and

6) THAT Plaintiff hereby absolutely transfers and assigns all right, title and interest in the judgment to the following person, as Assignee of Record:

MIKE ROSEN
851 Cherry Ave #27/132
San Bruno, CA 94066

7) THAT Plaintiff hereby assigns to, and authorizes Assignee of Record, MIKE ROSEN, to recover, compromise, settle and enforce said judgment at his discretion.

Executed this 08 day of MAR, 2013 at SAN DIMAS, CA
(City, State)

SPONDULIX COMPANY INC.
by: MIKE KOOYMAN
Title: Authorized Officer of Plaintiff

(NOTARY ACKNOWLEDGMENT FOLLOWS ON THE NEXT PAGE)

///
///
///
///
///

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -2-

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ }

On _3-8-2013_ before me, _Judy Irene O'Brien Notary Public_,
  Date                              Here Insert Name and Title of the Officer

personally appeared _Mike Kooyman_
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Judy Irene O'Brien_
           Signature of Notary Public

[Notary Seal: JUDY IRENE O'BRIEN, Commission # 1886243, Notary Public - California, Los Angeles County, My Comm. Expires Apr 25, 2014]

Place Notary Seal Above

--- OPTIONAL ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Corporate Officer — Title(s): _____
- ☐ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
- ☐ Corporate Officer — Title(s): _____
- ☐ Individual
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 2009 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

Case: 13-04205   Doc# 1-1   Filed: 10/06/13   Entered: 10/06/13 23:40:29   Page 7 of 7