RUTH ELIN AUERBACH, SBN 104191
Attorney at Law
77 Van Ness Avenue, Suite 201
San Francisco, CA 94102
Tel: (415) 673-0560
Fax: (415) 673-0562

Attorney for Debtor/Defendant,
RICHARD CHIU

The following constitutes
the order of the court. Signed April 10, 2015

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 13-43677 |
| | Chapter 7 |
| RICHARD CHIU, | |
| Debtor. | |
| MIKE ROSEN, | Adversary Proceeding No.: 13-04205 |
| Plaintiff, | |
| Vs. | |
| | Trial Date: October 10, 2014 |
| RICHARD CHIU, AKA RICHARD YUK LUM CHIU, an individual, | Time: 9:00 A.M. |
| | Courtroom: 201 |
| | Hon. Roger L. Efremsky |
| Defendant. | |

**JUDGMENT AFTER TRIAL BY COURT**

This matter came on for trial on October 10, 2014. The Court having considered the testimony at trial, and post-trial briefs submitted by the parties, provided findings of fact and conclusions of law on the record at a telephonic hearing held April 7, 2015.

For the reasons stated on the record,

IT IS HEREBY ORDERED that Judgment is entered in favor of the Defendant, RICHARD CHIU, aka RICHARD YUK LUM CHIU, an individual, and against Plaintiff, MIKE ROSEN on all claims for relief asserted in the Amended Complaint herein.

Approved as to form:

_/s/ Lawrence D. Miller_____
LAWRENCE D. MILLER,
Attorney for Plaintiff

**end of order**

1 | Court Service List
2 | n/a – all parties represented by e-filers